**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HENRY SEARCY, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BROOKE ROLLINS, *Secretary of Agriculture,*<br>*et al.*,<br><br>　　　　　　Defendants. | Case No. 25-cv-1012 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 5, is **GRANTED**, and this case is **DISMISSED**. It is further **ORDERED** that the dismissal of Searcy's Title VII and breach of contract claims is **WITH PREJUDICE**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: April 14, 2026

1